In light of the foregoing evidence and of the record as a whole, assuming, *arguendo*, that the court erred in admitting defendant's statement, we hold that the error was harmless beyond a reasonable doubt. N.C.G.S. § 15A-1443(b); *Chapman v. California*, 386 U.S. 18, 17 L.Ed. 2d 705 (1967).

We thus conclude that defendant had a fair trial, free from prejudicial error.

No error.

WILLIAM C. LAWTON, ADMINISTRATOR OF THE ESTATE OF JOHN GULLEY, SR., DECEASED v. GEORGE A. YANCEY TRUCKING COMPANY AND JOYCE RIGGS, PERSONAL REPRESENTATIVE OF THE ESTATE OF IVEY VANCE RIGGS, DECEASED

No. 145A87

(Filed 7 October 1987)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 84 N.C. App. 522, 353 S.E. 2d 267 (1987), finding no error in an appeal from a judgment entered by *Lee, J.*, on 11 December 1985 in Superior Court, WAKE County. Heard in the Supreme Court 10 September 1987.

*McMillan, Kimzey, Smith & Roten by James M. Kimzey; Carter G. Mackie for plaintiff appellant.*

*LeBoeuf, Lamb, Leiby & MacRae by George R. Ragsdale and Jane Flowers Finch for defendant appellees.*

PER CURIAM.

Affirmed.